

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Donato CARDOZA-Castillo,<br><br>Defendant. | Magistrate Docket No.   20MJ2307<br><br>AMENDED COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In the United States |

The undersigned complainant being, duly sworn, states:

On or about June 14, 2020, within the Southern District of California, defendant, Donato CARDOZA-Castillo, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Otay Mesa, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 15, 2020.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br><br><br>Donato CARDOZA-Castillo,<br><br><br><br>                    Defendant. | Magistrate Docket No.    20MJ2307<br><br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found<br>In The United States |

The undersigned complainant being, duly sworn, states:

On or about June 13, 2020, within the Southern District of California, defendant Eleuterio MORAS-Venegas an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 15, 2020.

HON. ANDREW G. SCHOPLER
United States Magistrate Judge



**CONTINUATION OF COMPLAINT:**
Donato CARDOZA-Castillo

PROBABLE CAUSE STATEMENT

On June 14, 2020, Border Patrol Agent W. Swedberg was conducting assigned duties at the State Route 94 Border Patrol Checkpoint located within the Brown Field Border Patrol Station's area of responsibility. At approximately 2:40 PM, Agent Swedberg encountered a Honda sedan with one male driver and one male passenger visible in the front seat. Agent Swedberg questioned both individuals in the vehicle as to their citizenship. The driver responded that he was a permanent resident of the United States and produced a valid permanent resident card. Agent Swedberg then questioned the passenger, later identified as the defendant, Donato CARDOZA-Castillo, as to his citizenship. CARDOZA stated that he was a United States Citizen. Agent Swedberg then asked CARDOZA if he had any identification to substantiate his claim of being a United States Citizenship. CARDOZA produced a federal prison identification card and told Agent Swedberg that it was the only identification he was in possession of. Agent Swedberg then directed the vehicle to the secondary inspection area. After referring the vehicle to secondary, records checks revealed that CARDOZA had been previously removed from the United States. Agent Swedberg questioned CARDOZA again as to his citizenship. CARDOZA then admitted that he is a citizen of Mexico without any documents that would allow him to enter or remain in the United States legally. At approximately 2:59 PM, Agent Swedberg placed CARDOZA under arrest

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on June 14, 2020 with an intended destination of Merced, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 20, 2020 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.